UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br>                                    Debtor. | Chapter 11<br>Case No. 16-13607 (SMB) |
| VINCENT A. SAMA, as Litigation Trustee of the WW LITIGATION TRUST,<br><br>                              Plaintiff,<br>vs.<br><br>KPMG LLP,<br><br>                             Defendants. | Adv. No. 18-01868-SMB |

## NOTICE OF APPEARANCE OF LISA C. WOOD

To:    The Clerk of this Court and all parties of record:

I, Lisa C. Wood of Foley Hoag LLP, certify that I am a member of the bar of the State of New York and that I am admitted to practice in this Court. I appear in this adversary proceeding as counsel for the Defendant KPMG LLP in the above-captioned matter.

Please take further notice that this Notice of Appearance is not intended to be, and shall not constitute: (1) KPMG's consent to the Bankruptcy Court's entry of final orders on any non-core matters; (2) waiver of KPMG's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (3) waiver of KPMG's right to have all the claims against it in this adversary proceeding arbitrated; or (4) a waiver of any other rights of KPMG, all of which are expressly reserved.

Date: January 17, 2019                    Respectfully submitted,

/s/ *Lisa C. Wood*
Lisa C. Wood
New York Bar No. 5456900
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1117
lwood@foleyhoag.com

and

Foley Hoag LLP
1540 Broadway, 23rd Floor
New York, NY 10036

**As of February 18, 2019, the address of Foley Hoag's New York's office will BE:**

**1301 Avenue of the Americas**
**New York, NY 10019**

*Attorneys for Defendant, KPMG LLP*

## Certificate of Service

I, Lisa C. Wood, certify that on January 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record registered to receive notices of electronic filing.

/s/ *Lisa C. Wood*