UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br><div align="right">Debtor.</div> | Chapter 11<br>Case No. 16-13607 (SMB) |
| VINCENT A. SAMA, as Litigation Trustee of the WW LITIGATION TRUST,<br><br><div align="right">Plaintiff,</div>vs.<br><br>KPMG LLP,<br><br><div align="right">Defendants.</div> | Adv. No. 18-01868-SMB |

## ORDER GRANTING EXTENSION OF TIME
## TO KPMG LLP TO RESPOND TO COMPLAINT

Upon consideration of the Agreed-To Motion for Extension of Time for KPMG LLP to Respond to Adversary Proceeding, and for good and sufficient cause shown therefore, it is hereby

**ORDERED** that the Stipulation is approved and KPMG may file a response to the Complaint on or before February 15, 2019.

Date:  **January 31, 2019**
New York, NY

 **/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE