UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br>          Debtor. | Chapter 11<br>Case No. 16-13607 (SMB) |
| VINCENT A. SAMA, as Litigation Trustee of the WW LITIGATION TRUST,<br><br>          Plaintiff,<br>vs.<br><br>KPMG LLP,<br><br>          Defendants. | Adv. No. 18-01868-SMB |

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pretrial conference, previously scheduled to be held on February 7, 2019, at 10:00 a.m., has been adjourned to February 28, 2019, at 10:00 a.m.

Date: February 6, 2019

Respectfully submitted,

/s/ *Lisa C. Wood*
Lisa C. Wood
New York Bar No. 5456900
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1117
lwood@foleyhoag.com

and

Foley Hoag LLP
1540 Broadway, 23rd Floor
New York, NY 10036

**As of February 18, 2019, the address of Foley Hoag's New York's office will be:**

**1301 Avenue of the Americas**
**New York, NY 10019**

*Attorneys for Defendant, KPMG LLP*

**Certificate of Service**

    I, Lisa C. Wood, certify that on February 6, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record registered to receive notices of electronic filing.

*/s/ Lisa C. Wood*