UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br>         Debtor. | Chapter 11<br>Case No. 16-13607 (SMB) |
| VINCENT A. SAMA, as Litigation Trustee of the WW LITIGATION TRUST,<br><br>         Plaintiff,<br>vs.<br><br>KPMG LLP,<br><br>         Defendants. | Adv. No. 18-01868-SMB |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, on December 21, 2018, Vincent A. Sama, as Litigation Trustee of the WW Litigation Trust, commenced this adversary proceeding against defendant KPMG LLP.

WHEREAS, on January 31, 2019, the Court entered an Order extending the time to February 15, 2019, for KPMG to file a response to the complaint.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for KPMG to respond to the Complaint is further extended to and including March 15, 2019.

| | |
|---|---|
| KAPLAN LANDAU PLLC | FOLEY HOAG LLP |
| By: /s/ *Mark Landau*<br>Mark Landau<br>Amanda Grannis<br>Carnegie Hall Tower<br>152 West 57th Street, 8th Floor<br>New York, NY 10019<br>Tel: (212) 593-1700 | By: /s/ *Lisa C. Wood*<br>Lisa C. Wood<br>New York Bar No. 5456900<br>155 Seaport Boulevard<br>Boston, MA 02210<br>Tel: (617) 832-1117<br>lwood@foleyhoag.com |

*Attorneys for Plaintiff*
*Vincent Sama, as Trustee of the*
*WW Litigation Trust*

February 15, 2019

and

Foley Hoag LLP
1540 Broadway, 23rd Floor
New York, NY 10036

**As of February 18, 2019, the address of Foley Hoag's New York's office will be:**

**1301 Avenue of the Americas
New York, NY 10019**

*Attorneys for Defendant, KPMG LLP*

IT IS SO ORDERED, this **19th** day of **February** 2019.

                    **/s/ STUART M. BERNSTEIN**
                    HONORABLE STUART M. BERNSTEIN
                    UNITED STATES BANKRUPTCY JUDGE

## **Certificate of Service**

I, Lisa C. Wood, certify that on February 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record registered to receive notices of electronic filing.

*/s/ Lisa C. Wood*

## **Certificate of Service**

I, Lisa C. Wood, certify that on February 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record registered to receive notices of electronic filing.

*/s/ Lisa C. Wood*