UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br>         Debtor. | Chapter 11<br>Case No. 16-13607 (SMB) |
| VINCENT A. SAMA, as Litigation Trustee of the WW LITIGATION TRUST,<br><br>         Plaintiff,<br>vs.<br><br>KPMG LLP,<br><br>         Defendants. | Adv. No. 18-01868-SMB |

## **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, on December 21, 2018, Vincent A. Sama, as Litigation Trustee of the WW Litigation Trust, commenced this adversary proceeding against defendant KPMG LLP.

WHEREAS, on January 31, 2019, the Court entered an Order extending the time to February 15, 2019, for KPMG to file a response to the complaint.

WHEREAS, on February 20, 2019, the Court entered an Order further extending the time to March 15, 2019, for KPMG to file a response to the complaint.

WHEREAS, the parties have agreed to participate in a mediation on April 16, 2019, to attempt to resolve this adversary proceeding.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for KPMG to answer or otherwise respond to the Complaint is further extended to and including April 29, 2019.

| KAPLAN LANDAU PLLC | FOLEY HOAG LLP |
|---|---|
| By: /s/ *Mark Landau* <br> Mark Landau <br> Amanda Grannis <br> Carnegie Hall Tower <br> 152 West 57th Street, 8th Floor <br> New York, NY 10019 <br> Tel: (212) 593-1700 | By: /s/ *Lisa C. Wood* <br> Lisa C. Wood <br> New York Bar No. 5456900 <br> 155 Seaport Boulevard <br> Boston, MA 02210 <br> Tel: (617) 832-1117 <br> lwood@foleyhoag.com |
| *Attorneys for Plaintiff* <br> *Vincent Sama, as Trustee of the* <br> *WW Litigation Trust* | and <br><br> Foley Hoag LLP <br> 1301 Avenue of the Americas <br> New York, NY 10019 |
| March 15, 2019 | *Attorneys for Defendant, KPMG LLP* |

IT IS SO ORDERED, this _____ day of _____, 2019.

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

## **Certificate of Service**

I, Lisa C. Wood, certify that on March 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record registered to receive notices of electronic filing.

*/s/ Lisa C. Wood*
